14th Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
MAR 06 2015
CHRISTOPHER PRINE
CLERK

14-03-1067-CR

March 1 of 2015

With All DUE Respect of This Court, I am Requesting ~~this Court To~~ Authorize AN Affidavit in Support of The FACTS Concerning AN Magistrate Record Filed At 7:00 AM on January 17, 2003 for Aggervated Kidnapping Cause No. HJ04322, Against WIDENER Michael WEEMS.

- WAS This Court PRivy to the Minutes of this Hearing? IF So, How were they Transcribed?

- WAS There A Witness Present to Ensure THAT Accused's Rights were Protected? IF So, Who WAS this Witness?

- WAS Accused Required to Sign ANY Documents? IF So, WHAT WAS Signed; WHO HAS A Certified Copy?

- WAS The District Attorney's Office Notified of these Minutes? IF So, How WAS this done And By whom?

- WAS The Sheriff's office Investigational Division Notified of these Minute? IF So, How WAS this done And By whom?

- WAS the Accused Attorney Notified? IF So, How? when? And By whom?

- WAS the Trial Court Notified of these Minutes? IF So, How? when? And By whom?

- WAS The 14th Court of Appeals Notified of these Minutes? IF So, How?, when?, AND By whom?

- Does This Court Have A Copy of these Minutes? IF So, would this Court Attach to Affidavit As support?

- Does This Court Have Any Documents Concerning this Hearing with the Accused Signature on it? IF So, would this Court Attach to Affidavit As Support?

THANK You for Your TimE in this MAtter. IF there is A FEE For this and Can not Be provided As AN Indigent, How much for Copies and How many pages?

CC.
- 239th District Court Brazoria County 23rd Judicial District
- Justice of Peace 4/Place 2 West Columbia, Tx
- 14th Court of Appeals, Houston.
- District Attorney's office
- WIDENER M. WEEMS

Sincerely Widener Weems
WIDENER M. WEEMS
Polunsky Unit # 1195351
3872 FM 350 South
Livingston, Texas 77351